# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2689

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| vs. | * | Appeal from the United |
| | * | States District Court |
| Ronald W. Schmitz, | * | for the Northern District |
| | * | of Iowa. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |
| | * | |

_____

Submitted: December 15, 1998

Filed: January 6, 1999

_____

Before BEAM and LOKEN, Circuit Judges, and BOGUE,[1] District Judge.

_____

PER CURIAM.

_____

[1] The Honorable Andrew W. Bogue, Senior United States District Judge for the District of South Dakota, sitting by designation.

Ronald W. Schmitz appeals his jury conviction and resulting sentence of sixty months for conspiracy to commit money laundering, various evidentiary rulings and the district court's[2] denial of various post-trial motions. Schmitz raises several arguments related to the admission of evidence offered by the government, the district court's limiting of his examination of his coconspirator regarding plea and forfeiture deals, and in the sufficiency of the evidence in general. Schmitz also raises arguments concerning pre-trial discovery in the case and claims that the district court's refusal to give a jury instruction regarding the definition of money laundering was in error. Finally, Schmitz claims that the sentencing process constitutes an unconstitutional bill of attainder.

Having reviewed the parties' briefs and submissions, we conclude the judgment of the district court was correct. Because Schmitz's appeal involves the straightforward application of settled principles of law, we conclude that a discussion of the issues by the panel will serve no useful purpose. We have carefully reviewed Schmitz's arguments and find them to be without merit. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2] The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.